AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel Alfred Gallegos<br>*Defendant(s)* | Case No. 19-mj-00198-GPG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 17, 2019 in the county of Mesa in the District of Colorado, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 870(c) | Interstate transmission of communications containing threats to kidnap or injure. |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ John Busch
*Complainant's signature*

John Busch, SA
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: 8/28/2019

*Judge's signature*

City and state: Grand Junction, CO

Gordon P. Gallagher-USMJ
*Printed name and title*