## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Busch, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, do hereby depose and state as follows:

1. I am an "investigative or law enforcement officer" within the meaning of Section 2510(7) of Title 18, United States Code, and am authorized by law to conduct investigations and make arrests for offenses enumerated in the United States Code. I am a "Federal Law Enforcement officer" within the meaning of Fed.R.Crim.P. 41(a)(2)(C).

## PURPOSE OF THIS AFFIDAVIT

2. I assert that there is probable cause to believe that DANIEL ALFRED GALLEGOS has violated Title 18, U.S.C., Section 875(c), interstate transmission of communications containing threats to kidnap or injure. The statements set forth in this affidavit are based on my training and experience, consultation with other experienced investigators, agents, and other sources of information related to this and other investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and arrest warrant and does not purport to set forth all of my knowledge regarding this investigation.

## BACKGROUND OF AFFIANT

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 14, 2015. Prior to my current position I was a sworn police officer for five and a half years in local law enforcement. I am currently assigned to investigate a wide variety of federal criminal violations to include interstate threatening communications, domestic and international terrorism, violent crimes, public corruption, computer crimes, fraud against the government, drug crimes, and other violations. As part of my training and experience, I have participated in investigations involving cell phone tracking, United States Postal Service mailings, and threats of violence..

## FACTS AND BACKGROUND OF THE INVESTIGATION

4. The United States, including the FBI, is conducting a criminal investigation of Daniel Albert GALLEGOS, regarding possible violations of 18 U.S.C. § 875(c).

5. On August 23, 2019, I became aware of a letter received by the Bradford County Sheriff's Office; located in Starke, Florida. The envelope that contained the letter had a return address for "Robert Rente" at "967 Talia Way, Chino Valley AZ 86323" and a mailing address of "945 N Temple Ave B, Starke, FL 32091." The letter had a United States Postal Service sorting and processing stamp on it that indicated it was sent from Grand Junction, Colorado on August 17, 2019. The postage stamp on the envelope was a forever stamp with a barcode and correlating numbered code.

6. Within the envelope were three photo copied notebook pages with a hand written letter. According to Bradford County Sheriff's Office investigators, the letter that was sent to them had white out over sections where the author wrote about mental health diagnoses. The letter also had "Moab" "Grand County" and "Delta County" written in white out on the letter. A scan of the letter is below:

I have the urge to write. I am currently having a lot of trouble with my homicidal ideation. I don't know why. I'm just obsessed with murder. Last Psychiatrist said it was intrusive thinking induced by . He also diagnosed me with .

One psychiatric nurse practitioner thought I had antisocial personality disorder. I know personally that I have that. Lately, my urges and compulsions have been incontrollably strong. Every time I see young beautiful females, ages 15-30, I so badly wish to lure them to my van, take them to a remote location, and pleasure them. I don't need them to physically please me. Touching them and giving them an orgasm will turn me on just fine. When they are thoroughly pleasured, I want to strangle them, either with my hands or a ligature. At that time I will undress their body, if I haven't already, to dispose of the evidence from being in my van. I will then wash them, their neck, breasts, and vagina, which I may likely deposit saliva while pleasuring them. I will then dust them with flour. I may then use pruners to

Fingerprint Free! ☺

*(margin notes:)* No Empathy / No Remorse / Detatched

evergreen state → gem state → beehive state → The Centennial State

remove their fingers to throw in every direction, to increase the size of the crime scene and throw off law enforcement. I may or may not at that time decapitate the body, so that I can play with the head in a different location, if I have a secure location. I will not risk detection. I will retreat to a safe location to remember, fantasize, and masturbate until I am sexually satisfied. I have steps I need to complete before I can hunt and capture.

*(margin note: Sexually deviant since childhood)*

- install eyebolt on floor of van to which handcuffs may be attached.
- Disable passenger door handle
- Disable power window switch on passenger door.
- Purchase handcuffs
- Purchase flour
- Purchase meat hand saw and pruners
- purchase stretch wrap for passenger seat
- purchase latex gloves
- purchase cannabis product to relax the woman/girl.
- purchase bags for transport of head and fingers in case of struggle and scratching occurring.
- collect cigarette butts to distribute at crime scene, and hair from barber shop or hair brushes that I find.

*(margin note: Will need LOTS of flour)*

I have been admitted to a psychiatric hospital for homicidal ideation, at which time I was misdiagnosed with OCD and MD. This will prove to be a grave mistake. My urges are stronger than ever. The only thing that will save me and countless women is love. ★ I am trying to date a woman from ~~~~~~~. Hope, and fate, hangs on by a thread. I may anonymously contact a therapist online to speak of my plans. I await the response from this woman I hope to date. God have mercy on us all if I am rejected by yet another woman.

    I'd sign but that would be too easy ☺

    RMGREENIEGDLSRLFA

(One of us is DISTURBED)

---------

★ 38.8784°N
104.8698°W  ♡♡  May be 3 people in 1 body
                you figure it out

P.S. I may also be bipolar, which means I am prone to drastic actions during mania. If you think this is a joke, think again. Clock's ticking. My control wavers. ☺
Thought you deserved a head start, sort of...

7. The letter discusses the writer's intent to kidnap, murder, and dismember women between the ages of fifteen and thirty years old. The letter also includes detailed descriptions of the writer's plan to avoid detection and "throw off law enforcement." Finally, the letter ends with "If you think this is a joke, think again. Clock's ticking. My control wavers." Accordingly, the letter clearly establishes a communication containing a threat from the writer to kidnap and injure the person of another. Finally, the letter was sent to Florida from Grand Junction, Colorado, and therefore, was sent in interstate commerce.

8. The barcode and correlating numbered code on the postage stamp are used in part to track where the stamp was purchased. The United States Postal Inspection Service searched their internal record keeping and found records indicating that the stamp, along with two others, was purchased on August 17, 2019, at 12:37 PM, at a postage kiosk located at the United States Post Office at 241 North 4th Street, Grand Junction, CO 81501. The kiosk also captured a surveillance photograph of the person purchasing the stamp. The record system also recorded the full credit card number of the credit card used for payment. The credit card ended in 5077.

9. I determined that the credit card was a Net Spend Corporation credit card. Through additional legal process, I obtained account information for the credit card ending in 5077 from the Net Spend Corporation. This information included account owner details, transaction histories, and other information. The owner details showed the owner as DANIEL A GALLEGOS, with an address of 1535 Poplar Dr, Apt 18, Grand Junction, CO, a phone number of 970-201-3790, an email of dag4170@gmail.com, and other identifying information. I searched law enforcement databases with the owner details and found a match for the Daniel Albert GALLEGOS, whom this affidavit is in reference to.

10. I received a photograph from GALLEGOS's driver's license and a photograph from a domestic violence arrest/booking by Mesa County Sheriff's Office in June 2019; these known photographs matched the individual who purchased the stamp in the postage kiosk surveillance photograph.

11. The transaction history of the credit card showed a transaction that occurred at the Grand Junction, CO Walmart Supercenter on August 15, 2019.  I went to the Walmart Supercenter located at 2545 Rimrock Ave, Grand Junction, CO and retrieved a receipt showing that the credit card ending in 5077 purchased white out, beef jerky, and envelopes on August 15, 2019 at 10:40 PM.  I reviewed the video surveillance footage of the transaction and confirmed that it was GALLEGOS making the purchase.  Through the surveillance footage, I observed that GALLEGOS had driven a silver minivan to Walmart and after the purchase slept in the minivan in the Walmart lot until approximately 10 AM the following day.  Motor vehicle records show that a Silver, 2005, Chrysler Town and Country Minivan bearing license plate 324GLQ and VIN 1C4GP45R95B175321 is registered to GALLEGOS.  The incident of domestic violence from June, 2019, in which GALLEGOS was arrested also occurred in a minivan.  The size of the envelopes were the same size envelopes as the one received by Bradford County and the following described letters received by the Denver Police Department and Seattle Police Department.

12. On August 27, 2019, Detective Marshall of the Denver Police Department advised me that Denver 7, the ABC news channel, received a letter with a postage stamp that had at least 14 out of 15 characters identical to the Bradford County letter postage stamp.  The last character was not legible due to the USPS sorting and processing stamp over the postage stamp.  Having 14 out of 15 characters identical to the Bradford County letter postage stamp indicates that these stamps were purchased in the same transaction.  The USPS sorting and processing stamp was the same as the

Bradford County letter stamp: Grand Junction, CO on August 17, 2019. A copy of the letter is below:



13. A third letter was received by the Seattle Police Department. That letter was identical to the letter received by Bradford County. The envelope of the Seattle letter had a postage stamp with the exact 15 digit numerical barcode number as the Bradford County postage stamp. The USPS sorting and processing stamp also showed it was sorted through Grand Junction, CO on August 17, 2019.

14. Other information obtained through this investigation regarding GALLEGOS corroborates details in the letters, establishing GALLEGOS is the author of the letters.

    a. On October 19, 2018, Grand Junction Police Department ("GJPD") responded to GALLEGOS' home after his wife reported him to be threatening suicide. GALLEGOS told the responding officer that he felt like killing anyone and that his medications were off. Gallegos was given a ride to Mind Springs, a mental health center.

    b. On November 14, 2018 GJPD again responded to GALLEGOS' home after his wife reported him to be armed with a knife and threatening suicide. GALLEGOS spoke about being cannibalistic and that he was going to eat people. GALLEGOS was given a ride to Mind Springs.

    c. On January 13, 2019 Law Enforcement again responded to a report that GALLEGOS wanted to kill himself.

    d. Through an open records search, the FBI found postings on a website, psychcentralforums.com, from user name Dag4170 from August 2019. Dag4170 is the prefix for GALLEGOS' email: Dag4170@gmail.com, and DAG are his initials. Dag4170's postings include speaking about his diagnosis of Antisocial Personality Disorder among other disorders. Dag4170 questions if he is a psychopath and mentions that he would manipulate his recent ex-wife. GALLEGOS's wife has recently filed for divorce. In one post, Dag4170 wrote, "The twisted things I have compulsions are very unpleasant. Talking about it usually

gets me in trouble.  I won't even tell a therapist about it after they went all Tarsoff [sic] on my ***.  I lost my job because of the Tarasoff rule."  The Tarasoff rule is in reference to a case where it was decided that mental health providers have a duty to warn.  GALLEGOS lost his job in February of 2019 after his work was notified of his homicidal ideations.

## CONCLUSION

15. Based upon the aforementioned information, events, and my training and experience, I submit that there is probable cause to believe that DANIEL ALFRED GALLEGOS has violated Title 18, United States Code, Section 875(c), interstate transmission of communications containing threats to kidnap or injure.

I, John Busch, an FBI Special Agent, being duly sworn according to law, hereby state that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

*s/ John Busch*
John Busch
Special Agent
Federal Bureau of Investigation

Subscribed, attested to, and acknowledged by reliable electronic means on August __28__, 2019.

_____
GORDON P. GALLAGHER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**Application and affidavit reviewed and submitted by Jeremy Chaffin, Assistant United States Attorney.**