AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19 MJ198-GPG |
| | ) | |
| DANIEL ALFRED GALLEGOS | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DANIEL ALFRED GALLEGOS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Interstate transmission of communications containing threats to kidnap or injure, in violation of Title 18, United States Code, Section 875(c).

Date:     8/28/2019

*Issuing officer's signature*

City and state:     Grand Junction, CO

Gordon P. Gallagher-USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 8/28/2019, and the person was arrested on *(date)* 8/29/2019
at *(city and state)* Grand Junction, CO.

Date: 8/36/2019

*Arresting officer's signature*

John Busch   FBI SA
*Printed name and title*