IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 19-mj-198-MSK-GPG      Court Deputy: A. Barnes
Date:   September 5, 2019                Recorder: Grand Jct - FTR

UNITED STATES OF AMERICA,
Plaintiff,
v.
DANIEL ALFRED GALLEGOS,
Defendant.

_____
Minutes: Initial Appearance
_____

4:01 p.m.

Defendant appeared in person in custody.  AUSA Jeremy Chaffin appeared.  AFPD Matthew Belcher appeared.   PO Jason Cohen appeared

All were in possession of the Pretrial Services Report.

The Government was still requesting detention.

At this time, Defendant is not contesting detention, but reserves his right to have a Detention Hearing at a later date.

ORDERED: Defendant was remanded to the custody of the USMS.

Hearing concluded at: 4:06 p.m.
Hearing duration: 5 minutes